HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERICH DURRENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERICH DURRENBERG,<br><br>　　　　　Defendant. | Case No. 6:15-mj-00128-MJS<br><br>STIPULATION TO VACATE JULY 19, 2016 MOTION HEARING AND SET FOR CHANGE-OF-PLEA HEARING ON AUGUST 9, 2016; ORDER<br><br>DATE:　August 9, 2016<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Yosemite Legal Officer Kayleigh Birks, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Erich Durrenberg, that the motion hearing currently scheduled for July 19, 2016, be vacated and that this matter be set for a change-of-plea hearing on August 9, 2016, at 10:00 a.m.  The parties have reached a plea agreement.  Mr. Durrenberg requests a change-of-plea hearing on August 9, 2016, as he is scheduled to be out-of-town for work on July 19, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: June 30, 2016

*/s/ Kayleigh Birks*
KAYLEIGH BIRKS
Yosemite Legal Officer
Counsel for the Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 30, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ERICH DURRENBERG

**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 19, 2016 motion hearing be vacated and that this matter be set for a change-of-plea hearing on August 9, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 30, 2016                                       /s/ *Michael J. Seng*
                                                                      UNITED STATES MAGISTRATE JUDGE