| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Susan St. Vincent<br>Yosemite Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California 95389<br>Telephone: (209) 372-0241 |



FILED
JUN 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC CARL DURRENBERG,<br><br>   Defendant. | DOCKET NO. 6:15-MJ-128-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
|---|---|

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for approximately six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Shawn J. DURRENBERG has failed to pay a $500.00 fine; failed to provide proof of having attended NA 9 times monthly throughout the period of probation; and failed to provide proof and results of random drug tests administered during the period of probation.

As the acting legal officer, I am aware that DURRENBERG was charged with

1

| | |
|---|---|
| 1 | failure to equip passenger vehicle with front and rear bumpers, in violation of Title 36 |
| 2 | Code of Federal Regulations §4.2(b), incorporating California Vehicle Code §28071; |
| 3 | failure to comply with the directions of a traffic control device, in violation of Title 36 Code |
| 4 | of Federal Regulations §4.12; drive, move, or leave standing upon a highway any motor |
| 5 | vehicle that is not currently registered, is prohibited in violation of Title 36 Code of |
| 6 | Federal Regulations §4.2(b), incorporating California Vehicle Code §4000(a)(1); failure |
| 7 | to carry evidence of financial responsibility for vehicle, in violation of Title 36 Code of |
| 8 | Federal Regulations §4.2(b), incorporating California Vehicle Code §16028(a); and |
| 9 | possession of a controlled substance (methamphetamine), in violation of Title 36 Code |
| 10 | of Federal Regulations §2.35(b)(2); possession of a controlled substance (marijuana), in |
| 11 | violation of Title 36 Code of Federal Regulations §2.35(b)(2); possession of a controlled |
| 12 | substance (psilocybin mushrooms), in violation of Title 36 Code of Federal Regulations |
| 13 | §2.35(b)(2); and possession of methamphetamine injection paraphernalia, in violation of |
| 14 | Title 18 of the United States Code §13(a), adopting California Health and Safety Code |
| 15 | §11364. |
| 16 | On August 09, 2016, DURRENBERG plead guilty to charges 1, 2, 3, 4, and 6 – |
| 17 | failure to equip passenger vehicle with front and rear bumpers; failure to comply with the |
| 18 | directions of a traffic control device; drive, move, or leave standing upon a highway any |
| 19 | motor vehicle that is not currently registered; failure to carry evidence of financial |
| 20 | responsibility for vehicle; and possession of a controlled substance (marijuana). |
| 21 | Counts 5, 7, and 8 were dismissed. DURRENBERG was sentenced to 12 months of |
| 22 | unsupervised probation with the conditions that he obey all laws; pay a fine of $500; |
| 23 | advise the Court within 7 days of being cited or arrested for any alleged violation of law; |
| 24 | abstain from the use or possession of any controlled substance unless proscribed for |
| 25 | Defendant's use by a licensed medical doctor; and attend NA 9 times monthly for the |
| 26 | duration of probation and file sworn proof of attendance to the Court; and undergo |
| 27 | random drug testing at his own expense during the period of probation, with proof |
| 28 | provided to the NPS Legal Office through Counsel. |

The government alleges DURRENBERG has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO PAY FINE

DURRENBERG was ordered to pay a fine of $500 at a rate of $50 per month, commencing on September 09, 2016, and due monthly until paid in full. To date, DURRENBERG has not paid any of the $500 fine.

CHARGE TWO:    FAILURE TO PROVIDE PROOF OF ATTENDING NA

DURRENBERG was ordered to attend NA 9 times monthly for the duration of probation and file sworn proof of attendance to the Court. As of the date of this affidavit, DURRENBERG has not provided proof of having attended any NA sessions.

CHARGE THREE:  FAILURE TO PROVIDE DRUG TEST RESULTS ALL LAWS

DURRENBERG was ordered to undergo random drug testing at his own expense during the period of probation, with proof provided to the NPS Legal Office through Counsel. To date, DURRENBERG has not provided proof of having undergone any random drug testing.

06/19/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/19/()
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California