AO 245C-CAED(Rev. 11/2016) Sheet 1 - Amended Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks*)

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | FIRST AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:15MJ00128-001** |
| **ERICH DURRENBERG** | Defendant's Attorney: Rachelle Barbour |

**Date of Original Judgment:**   August 09, 2016
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))

[✓] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)   1,2,3,4 and 6   of the Complaint.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.12 | Failure To Comply With The Directions of a Traffic Control Device. | 11/1/2015 | Two |
| 36 CFR 4.2 CVC § 28071 | Failure to Equip Passenger Vehicle with Front and Rear Bumper | 11/1/2015 | One |
| 36 CFR 4.2 CVC § 4000 (a)(1) | Drive, Move, or Leave Standing Upon a Highway Any Motor Vehicle That Is Currently Registered | 11/1/2015 | Three |
| 36 CFR 4.2 CVC § 16028 (a) | Failure To Carry Evidence Of Financial Responsibility For Vehicle. | 11/1/2015 | Four |
| 36 CFR § 2.35 (b)(2) | Possession Of A Controlled Substance (marijuana) | 11/1/2015 | Six |

AO 245C-CAED(Rev. 11/2016) Sheet 1 - Amended Judgment in a Criminal Case     (NOTE: Identify Changes with Asterisks*)

DEFENDANT: **ERICH DURRENBERG**  Page 2 of 3
CASE NUMBER: **6:15MJ00128-001**

    The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓] Count (s)  5,7 and 8  are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.       [✓] Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**8/9/2016**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

7/20/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **ERICH DURRENBERG**  
CASE NUMBER: **6:15MJ00128-001**

Page 3 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
Unsupervised Probation for 12 Months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a fine of $450.00 and a special assessment of $ 50.00 for a total financial obligation of $ 500, which shall be paid at the rate of 50.00, per month commencing thirty days from today's date and due monthly until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

3. The Defendant is ordered to personally appear for a Probation Review Hearing on June 27, 2017 at 10:00 am before U.S. Magistrate Judge Seng.

4. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

5. The Defendant shall abstain from the use or possession of any controlled substance unless prescribed for Defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. T

6. The Defendant shall attend _NA 9 time(s) monthly for duration of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

7. The Defendant shall be subject to random drug testing at own expense, with proof provided to the NPS Legal Office through Counsel. Within 15 hours of notification, Defendant shall be tested for drugs and alcohol. Drug testing shall occur no more than weekly.