HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERICH DURRENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00128-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE JANUARY 23, 2018** |
| vs. | ) **REVIEW HEARING; ORDER** |
| ERICH DURRENBERG, | ) |
| Defendant. | ) |

Defendant Erich Durrenberg hereby requests that the Court vacate the January 23, 2018 review hearing. The Government is in agreement with the request.

On August 11, 2016, the Court placed Mr. Durrenberg on twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, Mr. Durrenberg was ordered to pay a $500 fine, to attend NA meetings nine times monthly for the duration of probation, and to submit to random drug testing at his own expense.

On June 20, 2017, the Government filed an affidavit of alleged probation violations, alleging that Mr. Durrenberg failed to pay his fine, failed to provide proof of attending NA, and failed to provide drug test results. On July 25, 2017, appearing before the Court on these allegations, Mr. Durrenberg provided proof of payment and some NA attendance. His review hearing was then continued to September 13, 2017, where he admitted to charge 2 (failure to

provide proof of NA attendance) and was sentenced to an additional 6 months of unsupervised probation, a $500 fine, and was ordered to notify the Court if he failed a drug test administered by his employer.

Mr. Durrenberg has had no new violations of law, has paid the $500 fine, and has not failed any employer administered drug test. Accordingly, Mr. Durrenberg requests that the January 23, 2018 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ERICH DURRENBERG

## **O R D E R**

Based on the parties' joint representation that Mr. Durrenberg is in compliance with the conditions of his probation, in Case No. 6:15-mj-00128-MJS, the Court vacates the review hearing scheduled for January 23, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated:  January 16, 2018          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE